IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| L ROBERT OROS,<br>　　　　　Plaintiff,<br><br>v.<br><br>JOAN AMBLE, *et al.*,<br>　　　　　Defendants. | No. 1:24-cv-02020-MSN-IDD |

## ORDER

Upon the Court's review, this shareholder derivative action involves the same or substantially the same allegations as those in *In re Spire Global, Inc. Stockholder Derivative Litigation*, Case No. 1:24-cv-01596-MSN-WBP. Therefore, under Fed. R. Civ. P. 42(a) and this Court's November 14, 2024 Order in Case No. 1:24-cv-01596-MSN-WPB, it is hereby

**ORDERED** that the above-captioned case is **CONSOLIDATED** with *In re Spire Global, Inc. Stockholder Derivative Litigation*, Case No. 1:24-cv-01596-MSN-WBP; and it is further

**ORDERED** that upon consolidation this case shall be **STAYED** in accordance with the Court's prior Order, ECF 9 in *In re Spire Global, Inc. Stockholder Derivative Litigation*, Case No. 1:24-cv-01596-MSN-WBP.

The Clerk is hereby directed to Consolidate the above-captioned case with case number 1:24-cv-01596, which shall remain stayed, and to administratively close the above-captioned case.

It is **SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Hon. Michael S. Nachmanoff
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

December 2, 2024
Alexandria, Virginia